**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**IN RE: JOHNSON & JOHNSON TALCUM POWDER
PRODUCTS MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION**

| | | |
|---|---|---|
| Bagasbas v. Johnson & Johnson, et al., | ) | |
|    N.D. California, C.A. No. 4:20-02326 | ) | MDL No. 2738 |

**ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER**

     A conditional transfer order was filed in this action (*Bagasbas*) on April 14, 2020.  Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Bagasbas* filed a notice of opposition to the proposed transfer.  Plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order.

     IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-210" filed on April 14, 2020, is LIFTED.  The action is transferred to the District of New Jersey for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Freda L. Wolfson.

                                                          FOR THE PANEL:

                                                          John W. Nichols
                                                          Clerk of the Panel